# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

Marilyn Kelly,
Chief Justice

137772

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RANDOLPH MARKHAM, ELIZABETH
MARKHAM, and MARKHAM OIL
COMPANY,
      Plaintiffs-Appellants,

v

                                    SC: 137772
                                    COA: 272163
SUNOCO OIL COMPANY,
                                    Ingham CC: 03-002208-CK
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 9, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009
                                                  Clerk

0527